JOSEPH G. WALLACH, Appellant, v. MARY BAUMRYTER et al., Respondents.

*Wallach* v. *Baumryter*, 170 App. Div. 618, affirmed.

. (Argued October 17, 1918; decided November 1, 1918.)

APPEAL from a judgment entered January 20, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court on trial at Special Term, and directing a dismissal of the complaint. The action was by a judgment creditor to set aside a transfer by the defendant. Mary Baumryter to the defendant Harry Baumryter, her husband, of three stores as in fraud of the creditors of the wife, particularly this plaintiff, and for failure to observe the requirements of section 44 of the Personal Property Law, the Bulk Sales Act. On January 19, 1911, defendant Mary Baumryter leased a store from plaintiff for a term ending August 31, 1915, at graduated rentals. Rent from January to October, 1913, inclusive, remained unpaid. After some of this rent had accrued and in March, 1913, the transfer here attacked was made, without notice to the plaintiff. The Appellate Division dismissed the complaint on the grounds that it appeared from the evidence that the wife received full consideration for the property transferred; that insolvency at the time of the transfer was not established and that the evidence did not justify a finding that the transfer was made with intent to hinder, delay or defraud creditors.

*Sidney J. Loeb* and *Alfred B. Nathan* for appellant.

*Emanuel Tacker, Israel Ben Scheiber* and *Samuel Kahan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and POUND, JJ. Not sitting: McLAUGHLIN, J. Absent: ANDREWS, J.